UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re Debtor:

ELSIE JOHNSON

                              CASE NO. 10-CV-12873
                              HON. ROBERT H. CLELAND

_____/

## NOTICE AND ORDER TO COUNSEL

Elsie Johnson ("Appellant"), having filed a Notice of Bankruptcy Appeal in this Court, is **ORDERED** to file a memorandum with the Court within seven (7) days of the date of this Order to include the following:

    1. A concise statement of what is being appealed;

    2. Issue(s) and controlling authority;

    3. A list of each party interested in the appeal ("Appellee") and the attorney associated with each such party, including the attorney's address, phone number and email address.

Appellant is further **ORDERED** to forthwith serve this notice on each Appellee counsel and to file a separate proof of such service not later than **5:00 P.M. August 6, 2010.** Each Appellee counsel is **ORDERED** to file an appearance in this Court within three (3) days after service.

Appellant's failure to comply with a requirement of this Order may result in the appeal being summarily dismissed for failure to prosecute. *See* E.D. Mich. LR 41.2.

                                      s/Robert H. Cleland
                                      Robert H. Cleland
                                      United States District Judge

Dated: August 3, 2010


I hereby certify that a copy of the foregoing document was served upon counsel of record on August 3, 2010, by electronic and/or ordinary mail.

                                                s/Lisa G Wagner
                                                Case Manager