# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

ELSIE JOHNSON,

       Debtor.                                            Case No. 10-12873
                                                     Bankr. No. 10-56623

_____/

ELSIE JOHNSON,

       Appellant,

v.

CACH, LLC,

       Appellee.
_____/

## ORDER GRANTING JOINT MOTION FOR INDICATIVE RULING

      On December 10, 2010, the court issued an opinion reversing in part and affirming in part the decision of the bankruptcy court of July 13, 2010. Appellee CACH, LLC, appealed the order on January 19, 2011. On March 16, 2011, the parties filed the instant joint motion for an indicative ruling on a motion to vacate the order of December 10, 2010, which the parties seek as part of a settlement agreement. Fed. R. Civ. P. 60, 62.1. The court heard arguments on April 20, 2011. Accordingly,

      IT IS ORDERED that the joint motion [Dkt. # 17] is GRANTED. The court would grant the motion to vacate if the Court of Appeals remands for that purpose.

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: April 27, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 27, 2011, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522